## STATE v. ISAAC MASON.

Supreme Court.   Kent.   October, 1814.